1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

ABDIRASHID HAKAR HARET,

                    Defendant.

NO.  MJ17-442

DETENTION ORDER

Offense charged:

          Count 2:          Unlawful Possession of a Firearm

Date of Detention Hearing:  October 27, 2017.

          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

          1.          Defendant's has a prior history with firearms.

          2.          The evidence against the defendant, although the least significant factor, is very

strong.

          3.          This alleged incident occurred within a relatively short time after his previous

similar conviction.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4.      There are no conditions or combination of conditions other than detention that will reasonably ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of October, 2017.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2