The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR ABDULLAH, and<br>ABDIRASHID HARET,<br><br>Defendant. | NO. CR17-0291JLR<br><br>ORDER |

The Court has considered the stipulated motion filed by the government and and defendants OMAR ABDULLAH and ABDIRASHID HARET, by and through their undersigned attorneys, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), requesting a continuance of the trial in this case.

THE COURT FINDS, for all of the reasons set forth in the motion, that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate the case and to effectively prepare for trial and the filing of pre-trial motions.

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained indictment, that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself

U.S. v. Adbullah and Haret; CR17-291JLR
Stipulated Motion for Trial Continuance - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

without a continuance of the trial and pre-trial motions dates. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until June 25, 2018, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall be May 24, 2018.

DATED this 15th day of December, 2018.

_____
JAMES L. ROBART
United States District Judge

s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Telephone:	(206) 553-2636
Fax:	(206) 553-4440
E-mail:	Todd.Greenberg4@usdoj.gov

U.S. v. Adbullah and Haret; CR17-291JLR
Stipulated Motion for Trial Continuance - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

/s Robert D. Butler (per approval)
ROBERT D. BUTLER
Counsel for Omar Abdullah


 /s Ashwin Cattamanchi (per approval)
ASHWIN CATTAMANCHI
Counsel for Abdirashid Haret

U.S. v. Adbullah and Haret; CR17-291JLR
Stipulated Motion for Trial Continuance - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970