# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0291JLR-2 |
|---|---|
| Plaintiff, | ORDER SCHEDULING HEARING |
| v. | |
| ABDIRASHID HARET, | |
| Defendant. | |

Before the court is Defendant Abdirashid Haret's unopposed motion to continue the trial and pretrial deadlines. (Mot. (Dkt. # 56).) The court ORDERS counsel to appear for a hearing on this motion on May 30, 2018, at 9:00 a.m.

Dated this 24th day of May, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 1